```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

SILVA AVETIAN                      :      CIVIL ACTION
                                   :
       v.                          :
                                   :
ALLSTATE FIRE AND CASUALTY         :      NO. 24-2327
INSURANCE COMPANY                  :
                                   :
       v.                          :
                                   :
PROGRESSIVE ADVANCED               :
INSURANCE COMPANY                  :

### ORDER

AND NOW, this 16th day of July, 2025, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1)  The motion of defendant Allstate Fire and Casualty Insurance Company for partial summary judgment (Doc. # 51) is GRANTED;

(2)  Allstate is entitled to a credit of $ 25,000, the limit of the GEICO insurance policy of the tortfeasor, John Sullick, for underinsured motorist coverage for plaintiff under its policy # 808074739;

(3)  Policy # 921115425 issued by third-party defendant Progressive Advanced Insurance Company provides the first priority underinsured motorist coverage for plaintiff under 75 Pa. Cons. Stat. § 1733(a)(1);

(4)   Policy # 808074739 issued by Allstate provides the second priority underinsured motorist coverage for plaintiff under 75 Pa. Cons. Stat. § 1733(a)(2); and

(5)   Allstate is entitled to a $275,000 credit before it has any obligation to pay underinsured motorist benefits to plaintiff under its policy # 808074739.

BY THE COURT:

/s/  Harvey Bartle III
                                              J.